IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS RAY FRAZIER**                                                    **PLAINTIFF**
*ADC #650936*

v.                     **CASE NO. 4:24-CV-00926-BSM**

**LAFEYETTE WOODS, JR.,** *et al.*                                        **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 6] is adopted, and Carlos Frazier's complaint [Doc. No. 2] is dismissed without prejudice based on his failure to: (1) comply with this court's October 29, 2024 order [Doc. No. 5]; (2) pay the statutory filing fee; and (3) prosecute this lawsuit. The clerk is instructed to close this case.

IT IS SO ORDERED this 6th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE