IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS RAY FRAZIER**  **PLAINTIFF**
*ADC #650936*

v.  CASE NO. 4:24-CV-00926-BSM

**LAFEYETTE WOODS, JR.,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE